IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PAUL K. COMISKEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 09-0252 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this ___ day of January, 2010, upon consideration of plaintiff Paul K.

Comiskey's motion for summary judgment (docket no. 10), the Commissioner's response

thereto, plaintiff's reply, and the Commissioner's sur-reply, and after careful and independent

review of the magistrate judge's Report and Recommendation (docket no. 17) and the

Commissioner's objections thereto (docket no. 18), **IT IS HEREBY ORDERED** that:

1.      the Commissioner's objections are **OVERRULED**;

2.      the Report and Recommendation of United States Magistrate Judge Linda K.

        Caracappa is **APPROVED AND ADOPTED**;

3.      plaintiff's motion for summary judgment is **GRANTED IN PART AND**

        **DENIED IN PART**; and

3.      the matter is **REMANDED** to the Commissioner of Social Security to allow the

        Administrative Law Judge ("ALJ") to conduct further proceedings consistent with

        the accompanying memorandum.

s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge